**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:14 cr 91**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **JUSTIN DANE HOLMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Continued Release and Request for Detention Hearing (#40).  At the call of the matter on for hearing it appeared that Defendant was present with his counsel, Mary Ellen Coleman and the Government was present and represented by AUSA Thomas Kent.  From the evidence offered and the arguments of counsel for the Defendant and the arguments of counsel for the Government, it appears that good cause has been shown for the granting of the motion and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Continued Release and Request for a Detention Hearing (#40) is **ALLOWED** and Defendant is released pursuant to the terms and conditions of  release entered on July 11, 2016.

Signed: July 12, 2016

Dennis L. Howell
United States Magistrate Judge